ACCEPTED
12-13-00330-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/14/2015 3:26:26 PM
CATHY LUSK
CLERK

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

5/14/2015 3:26:26 PM

CATHY S. LUSK
Clerk

14 MAY 2015

Twelfth Court of Appeals
1517 West Front Street
Suite 354
Tyler, TX 75702

**Re:  Timothy Pullins v. State**
    **12-13-00330-CR**

Ms. Lusk:

Attached, please find a copy of the letter sent to my client regarding the opinion issued by the Court and the right to file a PDR.

If there is anything else I need to do, please let me know.

Sincerely,

/s/ Austin Reeve Jackson

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Timothy Pullins
Inmate
Coffield Unit
2661 FM 2054
Tennessee Colony, TX 75884

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _L. Dorsey_  ☒ Agent  ☐ Addressee

B. Received by (Printed Name)  L. Dorsey

C. Date of Delivery  5/12/15

MAY 12 2015

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
- ☐ Certified Mail®
- ☐ Registered
- ☐ Insured Mail
- ☐ Priority Mail Express™
- ☐ Return Receipt for Merchandise
- ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

7012 3460 0002 0690 7533

PS Form **3811**, July 2013   Domestic Return Receipt

7 MAY 2015

Timothy Pullins
Inmate 01891828
Coffield Unit
2661 Fm 2054
Tennessee Colony TX 75884-5000

<u>By Certified Mail</u>

**Re:  Appeal**

Mr. Pullins:

Please find enclosed a copy of opinion issued by the Twelfth Court of Appeals in your case.

Should you desire to do so, you do have the right to file a *pro se* Petition for Discretionary Review in the Court of Criminal Appeals.  If you decide to pursue that option you must file your petition prior to the expiration of thirty days from the date of the court's opinion. That is by, 6 June 2015.

I would be happy to address any questions or concerns you have if you will simply let me know.


Sincerely,


Austin Reeve Jackson